IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 0 1 2021

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

UNITED STATES OF AMERICA

v.

MARK JARAMILLO

Criminal Action No.

1:18-CR-111-MLB

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that the defendant having pleaded guilty and been sentenced in Criminal Case No. 1:20-CR-460, of the Superseding Indictment, filed July 2, 2018, charging violation of 18 U.S.C. § 2251(d)(1)(A), the Superseding Indictment is dismissed as to Mark Jaramillo and Movant prays leave of Court to file the same.

Respectfully submitted,

KURT R. ERSKINE
*Acting United States Attorney*

By:  PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617
Paul.Jones@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

_____

### Order

Now, to-wit, on the ___1st___ day of ___July___, 2021, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE